Lawrence P. Perle, Esq. SBN: 59847
LAW OFFICES OF STEVEN B. SIMON
5550 Topanga Canyon Boulevard, Suite 200
Woodland Hills, California 91367-6496
Telephone: (818) 592-0333
Facsimile: (818) 592-0985

(SPACE BELOW FOR FILING STAMP ONLY)

FILED
CLERK, U.S. DISTRICT COURT
Nov 15, 2016
CENTRAL DISTRICT OF CALIFORNIA
BY: _____PMC_____ DEPUTY

Attorneys for Plaintiff, ACE AMERICAN INSURANCE COMPANY

JS-6

UNITED STATED DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| ACE AMERICAN INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED AIRLINES, INC. and DOES 1 through 50, Inclusive,<br><br>Defendants. | CASE NO.: 2:16-cv-07699-SVW-JEM<br><br>[~~PROPOSED~~] ORDER TO REMAND CASE BACK TO LOS ANGELES COUNTY SUPERIOR COURT<br><br>Removed from State Court: 10/18/2016<br><br>(Labor Code Section 3852, et seq.) |

Good cause appearing, it is ordered that:

1. This action immediately be remanded to the Superior Court of the County of Los Angeles where this matter was originally filed;

2. Each party shall bear their own attorneys' fees and costs with respect to the removal and subsequent remand of the action;

3. This Stipulation moots all pending Motions before this Court, and all pending deadlines and hearings in this case should be taken off the Court's calendar.

Dated: November 15, 2016

_/s/ Stephen V. Wilson_
STEPHEN V. WILSON
United States District Judge